**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CLINTON GREEN,

        Plaintiff,

vs.                                          Case No. 3:10-cv-540-J-32JRK

INTERNAL REVENUE SERVICE and
SOCIAL SECURITY ADMINISTRATION,

        Defendants.
_____/

## **REPORT AND RECOMMENDATION**[1]

        This cause is before the Court on the October 18, 2010 Order to Show Cause (Doc. No. 9). Upon review of the file, the undersigned recommends that this case be dismissed for failure to prosecute.

        On June 24, 2010, Plaintiff commenced this action by filing a Complaint (Doc. No. 1), along with an Affidavit of Indigency (Doc. No. 2), which the Court construed as a Motion to Proceed In Forma Pauperis ("Motion"). In the Complaint, Plaintiff names the Internal Revenue Service and the Social Security Administration as Defendants and states he wants to "require the Internal Revenue Service and Social Security Administration [to] prove their taxing authority." Compl. at 1 (internal capitalization and emphasis omitted).

---

      [1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within fourteen (14) days after service of this document. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual allegations on appeal.

On August 25, 2010, an Order was entered, in which it was determined that Plaintiff has sufficient assets to pay the $350.00 filing fee while supporting himself and his dependents. See Order (Doc. No. 8) at 2-3. Accordingly, the Motion was denied. Id. at 3. Plaintiff was directed to pay the filing fee by September 17, 2010, "failing which dismissal [would] be recommended." Id.[2]

Plaintiff failed to pay the filing fee as directed in the Order (Doc. No. 8). Therefore, on October 18, 2010, the undersigned entered an Order to Show Cause (Doc. No. 9) directing Plaintiff to pay the filing fee and file a written response "show[ing] cause why the Complaint should not be dismissed" by November 5, 2010. Id. at 1-2 (emphasis in original omitted). In the Order to Show Cause, it was explicitly stated that, "[i]f Plaintiff does not respond to this Order to Show Cause by: (1) paying the $350.00 filing fee; and (2) submitting a written response to this Order indicating why this matter should not be dismissed, the undersigned will recommend that this action be dismissed pursuant to Local Rule 3.10(a) for failure to prosecute." Id. at 2 (emphasis in original). To date, Plaintiff has failed to pay the filing fee and to respond to the Order to Show Cause.

---

[2] The Court also noted that "Plaintiff has failed to state a viable claim for relief and it appears his Complaint may be subject to dismissal." Order (Doc. No. 8) at 3 (citation omitted). Because of the deficiencies identified, the Court suggested Plaintiff file an amended complaint if he intended to proceed with this action. Id.

## **RECOMMENDATION**

Accordingly, it is recommended that this action be **DISMISSED** without prejudice pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida, for failure to prosecute.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on November 17, 2010.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw

Copies to:

Honorable Timothy J. Corrigan
United States District Judge

*Pro Se* Party