**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CLINTON GREEN,

        Plaintiff,

vs.                                          Case No. 3:10-cv-540-J-32JRK

INTERNAL REVENUE SERVICE,
et al.,

        Defendants.

## ORDER

This case came before the Court on Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge denied the Motion, directed plaintiff to pay the filing fee, and warned plaintiff that failure to comply could result in the Magistrate Judge recommending that his complaint be dismissed for failure to prosecute (Doc. 8). Plaintiff failed to pay the filing fee or to file any other response to the Court's Order and on October 18, 2010, the Magistrate Judge issued an Order to Show Cause (Doc. 9) directing plaintiff to show cause as to why his complaint should not be dismissed for failure to prosecute. Plaintiff failed to respond and on November 17, 2010, the Magistrate Judge issued a Report and Recommendation recommending that plaintiff's complaint be dismissed for failure to prosecute (Doc.10). No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 10), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 10) of the Magistrate Judge is **ADOPTED** in full as the opinion of the Court.

2. This case is dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a). The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of December, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable James R. Klindt
United States Magistrate Judge

pro se plaintiff